FILED MLW
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 OCT 01 PM02:58
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA** **MISD.**

## INDICTMENT FOR ILLEGAL VOTING BY NON-CITIZEN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 26-223 |
| **v.** | * | **SECTION:** SECT. J MAG. 3 |
| **DUDLEY FRANCISCO ZELEDON** | * | **VIOLATION: 18 U.S.C. § 611(a)** |
| | * | |

* * *

The Grand Jury charges that:

**COUNT 1**

On or about March 23, 2024, in the Eastern District of Louisiana, the defendant, **DUDLEY FRANCISCO ZELEDON**, an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the United States Congress, in violation of Title 18, United States Code, Section 611(a).

✓ Fee USA
__ Process
X Dktd
__ CtRmDep
__ Doc. No.

**COUNT 2**

On or about November 5, 2024, in the Eastern District of Louisiana, the defendant, **DUDLEY FRANCISCO ZELEDON**, an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the United States Congress, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL:

[redacted]

DAVID I. COURCELLE
UNITED STATES ATTORNEY

F. W. Veters

FREDERICK W. VETERS, JR.
Assistant United States Attorney

New Orleans, Louisiana
October 1, 2026

FORM OBD-34

*No.* ____________________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**DUDLEY FRANCISCO ZELEDON**

**INDICTMENT FOR**
**ILLEGAL VOTING BY NON-CITIZEN**

**VIOLATIONS: 18 U.S.C. § 611(a)**

[redacted]

*Filed in open court this* ____________________ *day of* ____
______________________________ *A.D. 2026.*

______________________________
*Clerk*

*Bail, $* ______________________________

**FREDERICK W. VETERS, JR.**
**Assistant United States Attorney**